IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT KENAI

| | |
|---|---|
| MARIKO BECHERER<br><br>Plaintiff(s),<br><br>vs.<br><br>BRET ALAN NEMITZ<br><br>Defendant(s). | CASE NO. 3KN-25-00769CI<br><br>**SUMMONS AND NOTICE TO BOTH PARTIES OF JUDICIAL ASSIGNMENT** |

**To Defendant:** BRET ALAN NEMITZ

You are summoned and required to file with the court a written answer to the complaint that accompanies this summons. Your answer must be filed with the court at

 125 Trading Bay Drive, Suite 100
 Kenai, Alaska 99611-7717

**within 20 days\*** after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff or plaintiff's attorney (if represented), Brooks Hazelton, whose address is Hazelton Law Group, 110 Mag Seven Ct SW, Suite 100, Bemidji, MN 56601.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief the plaintiff asked for in the complaint.

If you are not represented by an attorney, you must tell the court and all other parties in this case, in writing, of your current mailing address and of any future changes to your mailing address, email, and telephone number. Use court form *Notice of Change of Contact Information* (TF-955), available at the clerk's office or on the court system's website at https://public.courts.alaska.gov/web/forms/docs/tf-955.pdf.

If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

**NOTICE OF JUDICIAL ASSIGNMENT**

To: Plaintiff and Defendant

This case has been assigned to
- [ ] Superior Court Judge Kelly J. Lawson
- [x] Superior Court Judge Lance Joanis
- [ ] Superior Court Judge Jason Gist
- [ ] District Court Judge Martin C. Fallon
- [ ] _____

09/10/2025
Date

CLERK OF COURT
By: _____
Deputy Clerk

\*The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 KENAI (3/23)
SUMMONS

Civil Rules 4, 5, 12, 42(c), 55

FILED IN THE ALASKA TRIAL COURTS

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

## THIRD JUDICIAL DISTRICT AT KENAI

MARIKO BECHERER,

    Plaintiff,

v.

BRET ALAN NEMITZ,

    Defendant.

COMPLAINT

Case Type: Personal Injury

Case No. 3KN-25-00769CI Civil

## COMPLAINT

Plaintiff Mariko Becherer appears before this court seeking damages for severe permanent physical impairment resulting from a motor vehicle crash that occurred on September 14, 2023, near Soldotna, Alaska and caused by the negligent driving conduct of Defendant Bret Alan Nemitz.

### PARTIES

1. Plaintiff Becherer is an adult who was residing in Kasilof, Alaska at the time of the crash described below.

2. Defendant Nemitz is an adult who was residing in Wasilla, Alaska at the time of the crash described below.

### JURISDICTION AND VENUE

3. This court has personal jurisdiction over Plaintiff Becherer.

4. This court has personal jurisdiction over Defendant Nemitz.

5. This court has subject matter jurisdiction over this action.

6. The events that form the factual nexus and subject matter of Plaintiff's complaint against Defendant Nemitz took place within the Third Judicial District, State of Alaska.

## FACTS

7. On September 14, 2023, Defendant was driving a Ford F-250 pickup truck northbound on the Sterling Highway south of Soldotna, Alaska.

8. Near milepost 110 of the Sterling Highway Defendant was driving at a speed of 70 MPH in a 55 MPH zone and approaching a school zone.

9. The school zone had a posted speed limit of 20 MPH when the warning light on the sign was flashing.

10. The warning light on the school zone sign was flashing as Defendant Nemitz approached the school zone.

11. Defendant Nemitz entered the 20 MPH school zone travelling at approximately 60 MPH.

12. At the time and place described Plaintiff Mariko Becherer was a passenger in a vehicle that was southbound on the Sterling Highway in the school zone.

13. Defendant Nemitz rear-ended a vehicle in his lane that had slowed for and entered the school zone, which caused it to turn sideways and cross the centerline into the path of the vehicle Plaintiff Becherer occupied and a collision occurred.

14. As a result of the crash Plaintiff Becherer suffered severe permanent physical impairments and severe and permanent disfigurement, outlined below in the Damages section of this Complaint.

## NEGLIGENCE OF DEFENDANT NEMITZ

15. The driving conduct of Defendant Nemitz consisting of speeding, inattentive driving, and entering a 20 MPH school zone at 70 MPH were acts of negligence and such negligence caused the described collision and damages suffered by Plaintiff Becherer described below.

## POSSIBLE FTCA CLAIM

16. It is believed but not confirmed or yet admitted by the United States, that Defendant Nemitz was in the course and scope of his employment with the US Coast Guard at the time of the described collision and an FTCA claim on behalf of Becherer is currently pending but still in the administrative phase. Should the Coast Guard confirm that Defendant Nemitz was in the course and scope of his employment at the time of the crash Plaintiff will dismiss this action and proceed solely under the FTCA against the United States as required by federal law.

## DAMAGES

17. As a result of the described collision Plaintiff Becherer suffered severe and permanent injuries to her lumbar spine fractures resulting in spinal fusion, compression fractures of the thoracic vertebras, PTSD, severe scarring and disfigurement and has endured and will permanently endure substantial pain and suffering, lost earnings and a loss of earning capacity along with past and future medical expenses for physical and mental health care.

18. To date Plaintiff Becherer has incurred medical expenses exceeding $466,000.00 and is expected to incur future medical expenses of at least $450,000.00 for medical and prescription expenses.

### PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff Becherer prays for judgement against Defendant Nemitz for compensatory damages in an amount of the actual amount of past and future medical expenses determined at trial herein, general damages equal to or exceeding $1,000,000.00 together with costs, attorney fees and prejudgment interest. Trial by jury is requested.

DATED: August 26, 2025,    HAZELTON LAW GROUP, LLC
    ATTORNEYS FOR PLAINTIFF

/s Brooks M Hazelton- # 1311068
By: Brooks M. Hazelton - #1311068
Gary M. Hazelton - # -1409066
110 Mag Seven Ct. SW – Ste. 100
Bemidji, MN 56601
218-444-4529
BrooksH@HazeltonLawGroup.com
GaryH@HazeltonLawGroup.com